**Order entered February 6, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00025-CV

**IN THE INTEREST OF B.N.L-B., A CHILD**

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-07-17647-U**

## ORDER

We **ORDER** the Dallas County District Clerk to file a supplemental clerk's record containing the **signed** findings of fact and conclusions of law signed by the trial court on December 15, 2015. The supplemental clerk's record shall be filed with this Court by February 16, 2017.

/s/      ELIZABETH LANG-MIERS
PRESIDING JUSTICE